Maria Forte, as Administratrix of the Estate of Lawrence Forte, Deceased, Respondent, v. Locke Insulator Corporation, Appellant.

(Argued April 15, 1935; decided May 21, 1935.)

*Francis C. Wickes* and *John F. Thomas* for appellant.

*Arthur E. Sutherland* and *William L. Clay* for respondent.

Order affirmed, with costs. First question certified answered " No," and second question certified answered " Yes." No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.